

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2016

No. 04-16-00232-CR

Christopher Ray **LOPEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 388503
Honorable Scott Roberts, Judge Presiding

# O R D E R

The reporter's record was due May 23, 2016, but it was not filed. The court reporter, Tonya Thompson, has filed a notification of late record stating that the record has not been filed because (1) retained counsel for appellant requested her to stop work on the transcript and (2) appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

We order appellant to provide written proof to this court on or before **June 13, 2016** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 35.3(b).

If appellant fails to respond within the time provided, appellant's brief will be due **July 5, 2016** and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2016.



Keith E. Hottle
Clerk of Court